# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DOUGLAS WAYNE GOINS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 75078 |
| DOUGLAS WAYNE GOINS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 75079<br><br>**FILED**<br><br>AUG 0 9 2018<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEALS

These are appeals from judgments of conviction. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of these appeals. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing these appeals, including that appellant cannot hereafter seek to reinstate these appeals, and that any issues that were or could have been brought in these

18-30750

appeals are forever waived. Having been so informed, appellant consents to a voluntary dismissal of these appeals. Cause appearing, we ORDER these appeals DISMISSED.[1]

_____Pickering_____, J.
Pickering

_____Gibbons_____, J.
Gibbons

_____Hardesty_____, J.
Hardesty

cc: Hon. Scott N. Freeman, District Judge
Law Office of Thomas L. Qualls, Ltd.
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

---

[1]Because no remittitur will issue in these matters, *see* NRAP 42(b), the one-year period for filing post-conviction habeas corpus petitions under NRS 34.726(1) shall commence to run from the date of this order.